Argued May 15, affirmed May 15, petition for rehearing
denied June 7, petition for review denied
September 19, 1972

STATE OF OREGON, *Respondent, v.* JEFFREY
ALLEN BREWER (No. C-58453), *Appellant.*

496 P2d 932

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before LANGTRY, Presiding Judge, and FOLEY and
FORT, Judges.